**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD.;<br>SALIX PHARMACEUTICALS, INC.;<br>VALEANT PHARMACEUTICALS<br>LUXEMBOURG S.À R.L.;<br>ALFA WASSERMANN S.P.A.; and<br>CEDARS-SINAI MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC.,<br><br>Defendant. | C.A. No. 16-188-GMS |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: (1) the deadline for the parties to file Answering Claim Construction briefs and Joint Appendix is extended through and including May 16, 2017 and (2) the deadline for Defendant to request relief from the Court to limit the number of asserted claims is extended to May 22, 2017. The reason for this request is to await resolution of issue four raised in the parties' April 27, 2017 sealed letter to the Court (D.I. 88).

Dated: May 5, 2017


WOMBLE CARLYLE SANDRIDGE & RICE LLP

*/s/Daniel M. Attaway*
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Daniel M. Attaway (#5130)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4333
MBourke@wcsr.com

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

*/s/David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

DSeverance@wcsr.com
DAttaway@wcsr.com
*Attorneys for Plaintiffs*

*Attorneys for Defendant*

SO ORDERED this ____ day of May, 2017.

______________________________________
UNITED STATES DISTRICT JUDGE