## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD.; SALIX PHARMACEUTICALS, INC.; VALEANT PHARMACEUTICALS LUXEMBOURG S.À R.L.; ALFASIGMA S.P.A.; CEDARS-SINAI MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LABORATORIES FL, INC.,<br><br>Defendant. | C.A. No. 16-188-GMS |

## STIPULATED CONSENT JUDGMENT AND INJUNCTION

Whereas Plaintiffs Salix Pharmaceuticals, Inc. ("Salix Inc"), Salix Pharmaceuticals, Ltd. ("Salix Ltd"), Valeant Pharmaceuticals Luxembourg S.À R.L., ("Valeant"), Alfasigma S.p.A., ("Alfa") and Cedars-Sinai Medical Center ("Cedars") and Defendant Actavis Laboratories FL, Inc. ("Actavis") have agreed to the terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"),

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Actavis, through their undersigned counsel of record, that:

1. In the event that the claims of Plaintiffs' U.S. Patent Nos. 6,861,053 (the "'053 Patent"), 7,452,857 (the "'857 Patent"), 7,605,240 (the "'240 Patent"), 7,718,608 (the "'608 Patent"), 7,935,799 (the "'799 Patent"), 7,045,620 (the "'620 Patent"), 7,902,206 (the "'206 Patent"), 7,612,199 (the "'199 Patent"), 7,906,542 (the "'542 Patent"), 7,915,275 (the "'275 Patent"), 8,158,644 (the "'644 Patent"), 8,158,781 (the "'781 patent"), 8,193,196 (the "'196

Patent"), 8,518,949 (the "'949 Patent"), 8,741,904 (the "'904 Patent"), 8,835,452 (the "'452 Patent"), 8,853,231 (the "'231 Patent"), and 9,271,968 (the "'968 Patent"); 8,309,569 (the "'569 Patent"), 8,642,573 (the "'573 Patent"), 8,829,017 (the "'017 patent"), 8,946,252 (the "'252 Patent"), 8,969,398 (the "'398 Patent"), and 9,421,195 (the "'195 Patent"), asserted against Actavis are not held invalid or unenforceable, absent a license or other authorization from Plaintiffs, the '053, '857, '240, '608, '799, '620, '206, '199, '542, '275, '644, '781, '196, '949, '904, '452, '231, '569, '573, '968, '017, '252, '398, and '195 Patents would be infringed by any unlicensed manufacture, sale, offer for sale, use, or importation in the United States of the generic products that are the subject of Actavis's Abbreviated New Drug Application (the "Actavis Product", as defined in the Parties' Settlement Agreement).

2.     Actavis and anyone acting on the behalf of Actavis, except as expressly licensed by Plaintiffs, will be enjoined until expiration of the '053, '857, '240, '608, '799, '620, '206, '199, '542, '275, '644, '781, '196, '949, '904, '452, '231, '569, '573, '968, '017, '252, '398, and '195 Patents from (i) making, using, offering to sell, selling, or importing until expiration of the '053, '857, '240, '608, '799, '620, '206, '199, '542, '275, '644, '781, '196, '949, '904, '452, '231, '569, '573, '968, '017, '252, '398, and '195 Patents the Actavis Product in the United States, and (ii) participating in the profits from making, using, offering to sell, selling, or importing the Actavis Product in the United States, and (iii) indemnifying others with respect to any making, using, offering to sell, selling, or importing the Actavis Product in the United States.

3.     Notwithstanding any provision of the foregoing, Actavis shall be entitled to contest the infringement, validity and/or enforceability of the '053, '857, '240, '608, '799, '620, '206, '199, '542, '275, '644, '781, '196, '949, '904, '452, '231, '569, '573, '968, '017, '252, '398, and '195 Patents in any future litigation over the '053, '857, '240, '608, '799, '620, '206,

'199, '542, '275, '644, '781, '196, '949, '904, '452, '231, '569, '573, '968, '017, '252, '398, and '195 Patents pertaining to any product that is not the Actavis Product and is not the subject of the Actavis ANDA (as defined in the Parties' Settlement Agreement).

4.     Each party will bear its own attorneys' fees and costs.

5.     This Court will retain jurisdiction to enforce this Stipulated Consent Judgment and Injunction and the parties' related agreements resolving this matter.

6.     Plaintiffs acknowledge that Actavis is entitled to maintain its Paragraph IV certification to the '053, '857, '240, '608, '799, '620, '206, '199, '542, '275, '644, '781, '196, '949, '904, '452, '231, '569, '573, '968, '017, '252, '398, and '195 Patents pursuant to 21 C.F.R. § 314.94(a)(12)(v). Each Party acknowledges and agrees that the 30-month stay with respect to the approval of the Actavis ANDA under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

7.     The Clerk of Court is directed to enter this Stipulated Consent Judgment and Injunction.

Dated:  September 14, 2018

WOMBLE BOND DICKINSON (US) LLP

/s/ Daniel M. Attaway
Mary W. Bourke (#2356)
Dana K. Severance (#4869)
Daniel M. Attaway (#5130)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4333
Mary.Bourke@wbd-us.com
Dana.Severance@wbd-us.com
Daniel.Attaway@wbd-us.com

PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.

/s/ David A. Bilson
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
dab@pgmhlaw.com

OF COUNSEL:

Scott K. Reed
Steven C. Kline
Michael E. Furrow
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
SReed@fchs.com
SKline@fchs.com
MFurrow@fchs.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Elizabeth J. Holland
Robert V. Cerwinski
Linnea P. Cipriano
Natasha E. Daughtrey
Alexandra D. Valenti.
Tiffany Mahmood
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: 212.813.8800
eholland@goodwinlaw.com
rcerwinski@goodwinlawprocter.com
lcipriano@goodwinlaw.com
ndaughtrey@goodwinlaw.com
avalenti@goodwinlaw.com
tmahmood@goodwinlaw.com

J. Anthony Downs
Srikanth K. Reddy
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
jdowns@goodwinlaw.com
sreddy@goodwinlaw.com

*Attorneys for Defendant*

SO ORDERED this 17th day of Sept , 2018.

_____
UNITED STATES DISTRICT JUDGE